# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WAYNE DION,<br><br>    Defendant. | Case No.  2:03-mj-01011-NJK<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against WAYNE DION and quash any associated warrant.

DATED this  3rd  day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  17th  day of  February, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE